IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-15,237-05






EX PARTE BOBBY JOE DAVIS, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


FROM DALLAS COUNTY






 Johnson, J., filed a concurring statement.



C O N C U R R I N G S T A T E M E N T



 I concur in the dismissal of this application for writ of habeas corpus. Applicant complains
of a case that was dismissed at the request of the state. Relief is not available for such a case; it is
available only for cases in which there is a final conviction. Applications for writ on other cases that
may be holding applicant in custody must be filed under the cause numbers for those cases.


Filed: February 13, 2008

Do not publish